AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| TIMOTHY B. BOSTIC AND<br>TONY C. LONDON | )<br>)<br>)<br>) | **ORIGINAL** |
| *Plaintiff(s)* | )<br>) | |
| v. | ) | Civil Action No. 2:13CV 395 |
| ROBERT F. MCDONNELL,<br>KENNETH T. CUCINELLI<br>GEORGE E. SCHEAFER, III | )<br>)<br>)<br>) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GOVERNOR ROBERT F. MCDONNELL
OFFICE OF THE GOVERNOR
PATRICK HENRY BUILDING, THIRD FLOOR
1111 EAST BROAD STREET
RICHMOND, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: THOMAS B. SHUTTLEWORTH, CHARLES B. LUSTIG
SHUTTLEWORTH, RULOFF, ET. AL.
4525 SOUTH BLVD., STE. 300
VIRGINIA BEACH, VA 23452

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/22/13

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:13cv395

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Governor Robert F. McDonnell
was received by me on *(date)* 7-26-13 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Matt Conrad , who is
designated by law to accept service of process on behalf of *(name of organization)* Governor
of Virginia on *(date)* 7-29-13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-29-13

_____
Server's signature

E L Tutwiler, PPS
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**The Marston Agency, Inc.** 07/25/13
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Timothy B Bostic, et al | **Court:** | United States District Court |
| **Defendant:** | Robert f McDonnell, et al | **Case:** | 2:13cv395 |
| **Serve:** | Governor Robert F McDonnell<br>1111 East Broad St<br>Patrick Henry Bldg, 3rd Fl<br>Richmond, VA 23219 | **Return Date:**<br>**Time:** | |
| **Contact:** | Thomas B. Shuttleworth<br>4525 South Boulevard<br>Suite 300<br>Virginia Beach, VA 23452 | **Phone:** | 7576716000 |

FILED
AUG 5 2013
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**Type(s) of Writ(s)** paper:1581192

Summons in a Civil Action   Complaint

Witness/Defendant Governor Robert F McDonnell was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _E C Tutwiler_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

**Served Date:** 7-29-13   **Served Time:** 11:15

_____
Signature of Process Server

**Notary**
**State of:** Virginia   **County/City of:** Henrico, VA Beach, Prince William, Rockingham.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn before me this 30 day of Jul/Aug 2013

Notary Public: _____

| Type of Service: A<br>Attempts | Auth Attempts: 1<br>-1- | Order: 312914<br>-2- | 1 Day Rush: No<br>-3- | 2 Day Rush: No<br>-4- | -5- | -6- |
|---|---|---|---|---|---|---|
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -** Matt Conrad, Staff Deputy

[Notary seal: R. MARSTON, NOTARY PUBLIC, REG # 237199, MY COMMISSION EXPIRES 12/31/2013, COMMONWEALTH OF VIRGINIA]

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

| | | |
|---|---|---|
| TIMOTHY B. BOSTIC AND TONY C. LONDON | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 2:13cv395 |
| ROBERT F. MCDONNELL, KENNETH T. CUCINELLI GEORGE E. SCHEAFER, III | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ATTORNEY GENERAL KENNETH T. CUCINELLI
OFFICE OF THE ATTORNEY GENERAL
900 EAST MAIN STREET
RICHMOND, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: THOMAS B. SHUTTLEWORTH, CHARLES B. LUSTIG
SHUTTLEWORTH, RULOFF, ET. AL.
4525 SOUTH BLVD., STE. 300
VIRGINIA BEACH, VA 23452

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/22/13

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13cv395

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) Robert Cuccinelli, Attorney General
was received by me on (date) 7-26-13  .

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Tommy Kagey  , who is
designated by law to accept service of process on behalf of (name of organization) Attorney
General of Virginia  on (date) 7-29-13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00  .

I declare under penalty of perjury that this information is true.

Date: 7-29-13

_____
Server's signature

EL Tutwiler, PPS
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**The Marston Agency, Inc.** 07/25/13
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

## RETURN ON SERVICE

| | | | | |
|---|---|---|---|---|
| **Plaintiff:** | Timothy B Bostic, et al | **Court:** | United States District Court | **FILED** |
| **Defendant:** | Robert f McDonnell, et al | **Case:** | 2:13cv395 | AUG 5 2013 |
| **Serve:** | Attorney General Kenneth T Cucinelli | **Return Date:** | | CLERK, U.S. DISTRICT COURT |
| | 900 East Main St | **Time:** | | NORFOLK, VA |
| | Richmond, VA 23219 | | | |
| **Contact:** | Thomas B. Shuttleworth | **Phone:** | 7576716000 | |
| | 4525 South Boulevard | | | |
| | Suite 300 | | | |
| | Virginia Beach, VA 23452 | | | |

**Type(s) of Writ(s)** paper:1581190

Summons in a Civil Action     Complaint

Witness/Defendant Attorney General Kenneth T Cucinelli was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _E C Tustin, her_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

**Served Date:** 7-29-13     **Served Time:** 11:32

_____
Signature of Process Server

**Notary**

| | | |
|---|---|---|
| **State of:** Virginia | **(County/City of:** | Henrico, VA Beach, Prince William, Rockingham. |

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn before me this 30 day of Jul/Aug 20 13

Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 312914 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| **Attempts** | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -** _Tommy Kagey, Paralegal_

[Notary seal: R. MARSTON, NOTARY PUBLIC, REG # 237199, MY COMMISSION EXPIRES 12/31/2013, COMMONWEALTH OF VIRGINIA]