**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| TIMOTHY B. BOSTIC, *et al.*,           ) | |
| )  | |
| Plaintiffs,           ) | |
| ) | |
| v.           ) | Civil Action No. 2:13-cv-00395 |
| ) | |
| ROBERT F. McDONNELL, KENNETH           ) | |
| T. CUCCINELLI, II, and GEORGE           ) | |
| E. SCHAEFER, III, in their official capacities           ) | |
| ) | |
| Defendants.           ) | |

**MOTION TO DISMISS GOVERNOR McDONNELL
AND ATTORNEY GENERAL CUCCINELLI
<u>ON SOVEREIGN IMMUNITY GROUNDS</u>**

COME NOW, Robert F. McDonnell, in his official capacity as Governor of Virginia, and Kenneth T. Cuccinelli, II, in his official capacity as Attorney General of Virginia, pursuant to Fed. R. Civ. P. 12(b)(1), and move this Court to dismiss this action against them on grounds of sovereign immunity for the reason stated in the accompanying memorandum in support.

Respectfully submitted,

/s/
E. Duncan Getchell, Jr.
Solicitor General of Virginia
(VSB No. 14156)
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
(804) 786-7240 – Telephone
(804) 371-0200 – Facsimile
dgetchell@oag.state.va.us
*Counsel for Defendants McDonnell and Cuccinelli*

Kenneth T. Cuccinelli, II
Attorney General of Virginia

Wesley G. Russell, Jr., VSB #38756
Deputy Attorney General

E-mail: wrussell@oag.state.va.us

Michael H. Brady, VSB #78309
Assistant Solicitor General
E-mail: mbrady@oag.state.va.us

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of August 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I also sent a filed copy of the same to the following by U.S. Mail, postage prepaid:

Thomas B. Shuttleworth, Esq., VSB # 13330
Robert E. Ruloff, Esq., VSB # 13471
Charles B. Lustig, Esq., VSB # 29442
Shuttleworth, Ruloff, Swain,
Haddad & Morecock, P.C.
4525 South Blvd., Ste. 300
Virginia Beach, VA 23452
(757) 671-6000 (phone)
(757) 671-6004 (fax)

                                              /s/
                                    E. Duncan Getchell, Jr.