## IN THE  UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF VIRGINIA–NORFOLK DIVISION

TIMOTHY B. BOSTIC,

and

TONY C. LONDON,

          Plaintiffs,

v.                                        CASE NO. 2:13cv00395

ROBERT F. MCDONNELL, in his official
capacity as Governor of Virginia, and

KENNETH T. CUCCINELLI, in his official
capacity as Attorney General of Virginia, and

GEORGE E. SCHAEFER, III, in his official
capacity as the Clerk of Court
for Norfolk Circuit Court,

          Defendants.

## RULE 41 NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS MCDONNELL AND CUCCINELLI WITHOUT PREJUDICE

Plaintiffs, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), submit this Notice of Dismissal by which Plaintiffs dismiss Defendants Robert F. McDonnell and Kenneth T. Cuccinelli without prejudice.  On September 3, 2013, Plaintiffs filed an amended complaint which does not name these two defendants.  Defendants McDonnell and Cuccinelli have not served an answer or a motion for summary judgment on Plaintiffs, therefore, this Notice of Dismissal is timely under Fed.R.Civ.P. 41(a)(1)(A)(i) and does not require a court order.

_____/s/_____
Charles B. Lustig
VSB #29442

1

Thomas B. Shuttleworth
VSB #13330
Robert E. Ruloff
VSB # 13471
Shuttleworth, Ruloff, Swain, Haddad & Morecock, P.C.
4525 South Blvd., Suite 300
Virginia Beach, VA 23452
(757) 671-6057 (phone)
(757) 671-6004 (fax)
clustig@srgslaw.com
tshuttleworth@srgslaw.com
rruloff@srgslaw.com

Counsel for Plaintiffs Timothy B. Bostic, Tony C. London
Carol Schall and Mary Townley

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2013, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to

counsel for all Defendants.

_____/s/_____
Charles B. Lustig
VSB #29442
Thomas B. Shuttleworth
VSB #13330
Robert E. Ruloff
VSB # 13471
Shuttleworth, Ruloff, Swain, Haddad & Morecock, P.C.
4525 South Blvd., Suite 300
Virginia Beach, VA 23452
(757) 671-6057 (phone)
(757) 671-6004 (fax)
clustig@srgslaw.com
tshuttleworth@srgslaw.com
rruloff@srgslaw.com

Counsel for Plaintiffs Timothy B. Bostic, Tony C. London
Carol Schall and Mary Townley