# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA—NORFOLK DIVISION

TIMOTHY B. BOSTIC,

TONY C. LONDON,

CAROL SCHALL, and

MARY TOWNLEY,

        Plaintiffs,

v.                                                                  CASE NO. 2:13-cv-395

JANET M. RAINEY, in her official
capacity as State Registrar of Vital Records, and

GEORGE E. SCHAEFER, III, in his official
capacity as the Clerk of Court
for Norfolk Circuit Court,

Defendants.

## REQUEST FOR HEARING

      PLEASE TAKE NOTICE that Plaintiffs Timothy B. Bostic, Tony C. London, Carol Schall, and Mary Townley request that this Honorable Court schedule a hearing date on which Plaintiffs may move this Court for entry of an Order granting Plaintiffs' Motion For Summary Judgment Or, In The Alternative, Preliminary Injunction.

Dated: September 30, 2013

Respectfully submitted,

/s/ Charles B. Lustig
Thomas B. Shuttleworth, VSB # 13330
tshuttleworth@srgslaw.com
Robert E. Ruloff, VSB # 13471
rruloff@srgslaw.com
Charles B. Lustig, VSB # 29442
clustig@srgslaw.com
SHUTTLEWORTH, RULOFF, SWAIN,
HADDAD & MORECOCK, P.C.
4525 South Blvd., Suite 300
Virginia Beach, VA 23452
T: (757) 671-6000
F: (757) 671-6004

David Boies, *pro hac vice pending*
dboies@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
333 Main St.
Armonk, NY 10504
T: (914) 749-8200
F: (914) 749-8300

Robert B. Silver, *pro hac vice pending*
rsilver@bsfllp.com
Joshua I. Schiller, *pro hac vice pending*
jischiller@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
T: (212) 446-2300
F: (914) 446-2350

William A. Isaacson, *pro hac vice pending*
wisaacson@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
T: (202)237-2727
F: (202)237-6131

Jeremy M. Goldman, *pro hac vice pending*
jgoldman@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900

Theodore B. Olson, *pro hac vice pending*
tolson@gibsondunn.com
Matthew D. McGill, *pro hac vice pending*
mmcgill@gibsondunn.com
Amir Tayrani, *pro hac vice pending*
atayrani@gibsondunn.com
Chantale Fiebig, *pro hac vice pending*
cfiebig@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
T: (202) 955-8668
F: (202) 467-0539

Theodore J. Boutrous, Jr., *pro hac vice pending*
tboutrous@gibsondunn.com
Joshua S. Lipshutz, *pro hac vice pending*
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
T: (213) 229-7000
F: (213) 229-7520

*Counsel for Plaintiffs*

Oakland, CA 94612
T: (510) 874-1000
F: (510)874-1460

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2013, I electronically filed the foregoing Request for Hearing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to E. Duncan Getchell, Jr., Esq., Counsel for Defendant Rainey, and to David B. Oakley, Esq., Counsel for Defendant Schaefer.

    Respectfully submitted,

    /s/ Charles B. Lustig
    Thomas B. Shuttleworth, VSB # 13330
    tshuttleworth@srgslaw.com
    Robert E. Ruloff, VSB # 13471
    rruloff@srgslaw.com
    Charles B. Lustig, VSB # 29442
    clustig@srgslaw.com
    SHUTTLEWORTH, RULOFF, SWAIN,
    HADDAD & MORECOCK, P.C.
    4525 South Blvd., Suite 300
    Virginia Beach, VA 23452
    T: (757) 671-6000
    F: (757) 671-6004

| | |
|---|---|
| David Boies, *pro hac vice pending* <br> dboies@bsfllp.com <br> BOIES, SCHILLER & FLEXNER LLP <br> 333 Main St. <br> Armonk, NY 10504 <br> T: (914) 749-8200 <br> F: (914) 749-8300 | Theodore B. Olson, *pro hac vice pending* <br> tolson@gibsondunn.com <br> Matthew D. McGill, *pro hac vice pending* <br> mmcgill@gibsondunn.com <br> Amir Tayrani, *pro hac vice pending* <br> atayrani@gibsondunn.com <br> Chantale Fiebig, *pro hac vice pending* <br> cfiebig@gibsondunn.com |
| Robert B. Silver, *pro hac vice pending* <br> rsilver@bsfllp.com <br> Joshua I. Schiller, *pro hac vice pending* <br> jischiller@bsfllp.com <br> BOIES, SCHILLER & FLEXNER LLP <br> 575 Lexington Avenue <br> New York, NY 10022 <br> T: (212) 446-2300 <br> F: (914) 446-2350 | GIBSON, DUNN & CRUTCHER LLP <br> 1050 Connecticut Avenue, N.W. <br> Washington, D.C. 20036 <br> T: (202) 955-8668 <br> F: (202) 467-0539 <br><br> Theodore J. Boutrous, Jr., *pro hac vice pending* <br> tboutrous@gibsondunn.com <br> Joshua S. Lipshutz, *pro hac vice pending* <br> jlipshutz@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP |

William A. Isaacson, *pro hac vice pending*
wisaacson@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
T: (202)237-2727
F: (202)237-6131

Jeremy M. Goldman, *pro hac vice pending*
jgoldman@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
T: (510) 874-1000
F: (510)874-1460

*Counsel for Plaintiffs*

333 South Grand Avenue
Los Angeles, CA 90071
T: (213) 229-7000
F: (213) 229-7520

*Counsel for Plaintiffs*

2