UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

TIMOTHY B. BOSTIC, et al.

vs.

JANET M. RAINEY, et al.

Civil/Criminal Action No. Case No.: 2:13cv395

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Amicus Curiae The Family Foundation of Virginia in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

11/01/2013
Date

/s/ Mark R. Matney
Signature of Attorney or Litigant
Counsel for Amicus Curiae

Rev. 7/14/04

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of November, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| David B. Oakley<br>doakley@poolemahoney.com<br>Jeffrey F. Brooke, Esq.<br>Poole Mahoney PC<br>860 Greenbrier Circle, Suite 401<br>Chesapeake, VA 23320 | Earle Duncan Getchell, Jr.<br>dgetchell@oag.state.va.us<br>Office of the Attorney General<br>900 E Main St<br>Richmond, VA 23219<br>dgetchell@oag.state.va.us |
| *Attorneys for Defendant George E. Schaefer, III* | *Attorney for Defendant Janet M. Rainey* |
| Thomas B. Shuttleworth<br>tshuttleworth@srgslaw.com<br>Robert E. Ruloff<br>rruloff@srgslaw.com<br>Charles B. Lustig<br>clustig@srgslaw.com<br>Andrew Mitchell Hendrick<br>ahendrick@srgslaw.com<br>Erik C. Porcaro<br>eporcaro@srgslaw.com<br>Shuttleworth, Ruloff, Swain, Haddad & Morecock, P.C.<br>4525 South Blvd., Suite 300<br>Virginia Beach, VA 23452 | Chantale Fiebig<br>cfiebig@gibsondunn.com<br>Amir C Tayrani<br>atayrani@gibsondunn.com<br>Theodore B Olson<br>tolson@gibsondunn.com<br>Matthew D McGill<br>mmcgill@gibsondunn.com<br>Gibson Dunn & Crutcher LLP<br>1050 Connecticut Ave, NW<br>Washington, DC 20036-5306 |
| Joshua Seth Lipshutz<br>jlipshutz@gibsondunn.com<br>Gibson, Dunn & Crutcher LLP<br>555 Mission St., Suite 3000<br>San Francisco, CA 94105-0921 | David Boies<br>dboies@bsfllp.com<br>Boies, Schiller & Flexner, LLP<br>333 Main St.<br>Armonk, NY 10504 |
| Robert Brian Silver<br>rsilver@bsfllp.com<br>Joshua I. Schiller<br>jischiller@bsfllp.com<br>Boies, Schiller & Flexner LLP<br>575 Lexington Ave., 7th Floor<br>New York, NY 10022 | Jeremy Michael Goldman<br>jgoldman@bsfllp.com<br>Boies, Schiller & Flexner LLP<br>1999 Harrison St., Suite 900<br>Oakland, CA 94612 |

2

Theodore J Boutrous, Jr
tboutrous@gibsondunn.com
Gibson, Dunn & Crutcher LLP (CANA)
333 South Grand Ave.
Los Angeles, CA 90071-3197

William Isaacson
wisaacson@bsfllp.com
Boies, Schiller & Flexner
5301 Wisconsin Ave, NW
Washington, DC 20015

*Attorneys for Plaintiffs*

/s/ Mark R. Matney
  Mark R. Matney, Va. Bar No. 34950
  Matney Law, PLLC
  13195 Warwick Blvd., Suite 2A
  Newport News, VA 23602
  Tel: (757) 969-5197
  Fax: (757) 969-5988
  matneylaw@gmail.com

2