UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| TIMOTHY B. BOSTIC, *et al*. <br><br> Plaintiffs, <br><br> v. <br><br> JANET M. RAINEY, *et al*. <br><br> Defendants. | Case No.: 2:13cv395 |

**CERTIFICATE OF CONFERENCE RE: MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE FAMILY FOUNDATION OF VIRGINIA IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 7(E), counsel for Amicus Curiae The Family Foundation of Virginia certifies that he has contacted counsel for the parties in this matter to seek consent to the Motion for Leave to File Brief of Amicus Curiae The Family Foundation of Virginia in Support of Defendants' Motions for Summary Judgment.

Counsel for proposed Amicus Curiae The Family Foundation of Virginia has been advised that Defendant George E. Schaefer, III, does not object to the Motion, that Defendant Janet M. Rainey consents to the Motion and to its submission on the papers, and that the Plaintiffs do not take a position on the Motion and do not require oral argument for consideration of the Motion.

Proposed Amicus Curiae The Family Foundation of Virginia therefore requests that the Court resolve the Motion for Leave to File Brief of Amicus Curiae on the papers without oral argument.

Respectfully submitted,

/s/ Mark R. Matney
  Mark R. Matney, Va. Bar No. 34950
  Matney Law, PLLC
  13195 Warwick Blvd., Suite 2A
  Newport News, VA 23602
  Tel: (757) 969-5197
  Fax: (757) 969-5988
  matneylaw@gmail.com
  *Attorney for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David B. Oakley
doakley@poolemahoney.com
Jeffrey F. Brooke, Esq.
Poole Mahoney PC
860 Greenbrier Circle, Suite 401
Chesapeake, VA 23320

*Attorneys for Defendant George E. Schaefer, III*

Thomas B. Shuttleworth
tshuttleworth@srgslaw.com
Robert E. Ruloff
rruloff@srgslaw.com
Charles B. Lustig
clustig@srgslaw.com
Andrew Mitchell Hendrick
ahendrick@srgslaw.com
Erik C. Porcaro
eporcaro@srgslaw.com
Shuttleworth, Ruloff, Swain, Haddad & Morecock, P.C.
4525 South Blvd., Suite 300
Virginia Beach, VA 23452

Earle Duncan Getchell, Jr.
dgetchell@oag.state.va.us
Office of the Attorney General
900 E Main St
Richmond, VA 23219
dgetchell@oag.state.va.us

*Attorney for Defendant Janet M. Rainey*

Chantale Fiebig
cfiebig@gibsondunn.com
Amir C Tayrani
atayrani@gibsondunn.com
Theodore B Olson
tolson@gibsondunn.com
Matthew D McGill
mmcgill@gibsondunn.com
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave, NW
Washington, DC 20036-5306

Joshua Seth Lipshutz
jlipshutz@gibsondunn.com
Gibson, Dunn & Crutcher LLP
555 Mission St., Suite 3000
San Francisco, CA 94105-0921

Robert Brian Silver
rsilver@bsfllp.com
Joshua I. Schiller
jischiller@bsfllp.com
Boies, Schiller & Flexner LLP
575 Lexington Ave., 7th Floor
New York, NY 10022

Theodore J Boutrous, Jr
tboutrous@gibsondunn.com
Gibson, Dunn & Crutcher LLP (CANA)
333 South Grand Ave.
Los Angeles, CA 90071-3197

William Isaacson
wisaacson@bsfllp.com
Boies, Schiller & Flexner
5301 Wisconsin Ave, NW
Washington, DC 20015

David Boies
dboies@bsfllp.com
Boies, Schiller & Flexner, LLP
333 Main St.
Armonk, NY 10504

Jeremy Michael Goldman
jgoldman@bsfllp.com
Boies, Schiller & Flexner LLP
1999 Harrison St., Suite 900
Oakland, CA 94612

*Attorneys for Plaintiffs*

/s/ Mark R. Matney
 Mark R. Matney, Va. Bar No. 34950
 Matney Law, PLLC
 13195 Warwick Blvd., Suite 2A
 Newport News, VA 23602
 Tel: (757) 969-5197
 Fax: (757) 969-5988
 matneylaw@gmail.com