**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | | |
|---|---|---|
| Timothy B. Bostic, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:13-cv-00395 |
| | ) | |
| Robert F. McDonnell, Kenneth | ) | |
| T. Cuccinelli, II, and George | ) | |
| E. Schaefer, III, in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL

Having resigned my position as Solicitor General for the Commonwealth of Virginia effective midnight, December 31, 2013, to return to private practice, I request that the Court note my withdrawal from this action effective January 1, 2014.

Dated: December 30, 2013

                                                    /s/
                                        E. Duncan Getchell, Jr.
                                        Solicitor General of Virginia
                                        (VSB No. 14156)
                                        Office of the Attorney General
                                        900 East Main Street
                                        Richmond, Virginia 23219
                                        (804) 786-7240 – Telephone
                                        (804) 371-0200 – Facsimile
                                        dgetchell@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2013, I electronically filed the foregoing Notice of Withdrawal with the Clerk of the Court using the ECF System which will send notification of such filing to all counsel of record.

_____
E. Duncan Getchell, Jr.
