IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| TIMOTHY B. BOSTIC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:13-cv-00395 |
| ) | |
| JANET M. RAINEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF DEFENDANT RAINEY'S
CONSENT TO INTERVENTION

Defendant Janet M. Rainey, in her official capacity as State Registrar of Vital Records, by counsel, pursuant to the provisions of Fed. R. Civ. P. 24(b)(2), E.D. Va. Loc. R. 7 and this Court's order of January 3, 2014 (Dkt. 75), hereby advises the Court that it does not object to the intervention of Michèle B. McQuigg, Circuit Court Clerk for Prince William County, as a defendant in this action. (Doc. 72.) Defendant Rainey also does not object to argument on the Motion to Intervene proceeding on January 30, 2014.

          Respectfully submitted,

          /s/
          Michael H. Brady
          Assistant Solicitor General
          (VSB No. 78309)
          Office of the Attorney General
          900 East Main Street
          Richmond, Virginia 23219
          (804) 786-7240 – Telephone
          (804) 371-0200 – Facsimile
          mbrady@oag.state.va.us
          *Counsel for Defendant Rainey*

Kenneth T. Cuccinelli, II
Attorney General of Virginia

Norman A. Thomas, VSB #20632
Senior Appellate Counsel
E-mail: nthomas@oag.state.va.us

Rita W. Beale, VSB #37032
Deputy Attorney General
E-mail: rbeale@oag.state.va.us

Allyson K. Tysinger, VSB #41982
Senior Assistant Attorney General/Chief
E-mail: atysinger@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to counsel of record.

/s/
Michael H. Brady
