**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| Timothy B. Bostic, *et al.*, ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:13-cv-00395 |
| ) | |
| Robert F. McDonnell, Kenneth ) | |
| T. Cuccinelli, II, and George ) | |
| E. Schaefer, III, in their official capacities, ) | |
| ) | |
|    Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL

Norman A. Thomas, of the Office of the Attorney General of Virginia, respectfully moves the Court to permit him to withdraw as one of the several counsel of record for Defendant Janet M. Rainey. Defendant Rainey will continue to be represented by, among others, the Solicitor General of Virginia, Stuart A. Raphael, who noted his appearance as lead counsel for Defendant Rainey on January 13, 2014.

                                                                 /s/
                                        Norman A. Thomas
                                        Opinions Counsel and Senior Appellate Counsel
                                        (VSB No. 20632)
                                        Office of the Attorney General of Virginia
                                        900 East Main Street
                                        Richmond, Virginia 23219
                                        (804) 371-7763 – Telephone
                                        (804) 371-0200 – Facsimile
                                        nthomas@oag.state.va.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2014, I electronically filed the foregoing Notice of Withdrawal with the Clerk of the Court using the ECF System which will send notification of such filing to all counsel of record.

/s/
Norman A. Thomas