IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| TIMOTHY B. BOSTIC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:13-cv-00395 |
| | ) | |
| JANET M. RAINEY, *et al.*, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MICHÈLE B. MCQUIGG, in her official capacity as Circuit Court Clerk of Prince William County Clerk, | ) ) ) | |
| | ) | |
| Intervenor-Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Michael H. Brady, Assistant Solicitor General of the Office of the Attorney General, respectfully moves the Court to permit him to withdraw as one of the several counsel of record for Defendant Janet M. Rainey, in her official capacity as State Registrar of Vital Records, on the ground that he is departing state service effective February 1, 2014. Defendant Rainey will continue to be represented by, among others, the Solicitor General of Virginia, Stuart A. Raphael, who noted his appearance as lead counsel on January 14, 2014. (Doc. 89.)

Respectfully submitted,

/s/
Michael H. Brady
Assistant Solicitor General
(VSB No. 78309)
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
(804) 786-7240 – Telephone

(804) 371-0200 – Facsimile
mbrady@oag.state.va.us
*Counsel for Defendant Rainey*

Mark R. Herring
Attorney General of Virginia

Cynthia E. Hudson
Chief Deputy Attorney General

H. Lane Kneedler, VSB #007722
Senior Counsel

Rhodes B. Ritenour, VSB #71406
Deputy Attorney General
E-mail: rritenour@oag.state.va.us

Allyson K. Tysinger, VSB #41982
Senior Assistant Attorney General/Chief
E-mail: atysinger@oag.state.va.us

Catherine Crooks Hill, VSB #43505
Senior Assistant Attorney General
E-mail: cchill@oag.state.va.us

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to counsel of record.

/s/
Michael H. Brady