M. Casey Mattox, VA Bar No. 47148
ALLIANCE DEFENDING FREEDOM
801 G Street N.W., Suite 509
Washington, D.C. 20001
Tel: (202) 393-8690
Fax: (480) 444-0028
cmattox@alliancedefendingfreedom.org

Byron J. Babione, VA Bar No. 36031
ALLIANCE DEFENDING FREEDOM
15100 N 90th Street
Scottsdale, Arizona 85260
Tel: (480) 444-0020
Fax: (480) 444-0028
bbabione@alliancedefendingfreedom.org

*Counsel for Amici Curiae Professors*

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA – NORFOLK DIVISION**

| | |
|---|---|
| TIMOTHY B. BOSTIC, *et al.*, <br><br>        Plaintiffs, <br><br>    v. <br><br> JANET M. RAINEY, in her official capacity as State Registrar of Vital Records, *et al.*, <br><br>        Defendants. | Civil Action No. 2:13-cv-395 <br><br> **AMICI CURIAE PROFESSORS' NOTICE REGARDING JANUARY 30, 2014 ORAL ARGUMENT** |

Amici Curiae, Professors Lynn D. Wardle, William C. Duncan, Joseph P. Price, Robert A. Destro and Lynne Marie Kohm, in receipt of this Court's January 27, 2014 order regarding oral argument, by and through their attorneys, hereby give notice to the Court that they do not intend to present oral argument on January 30, 2014, and request that their brief be fully considered by the court without presentation of oral argument.

Respectfully submitted this the 27th day of January, 2014.

By: /s/ M. Casey Mattox
M. Casey Mattox, VA Bar No. 47148
*Attorney for Amici Curiae Professors*
Alliance Defending Freedom
801 G Street N.W., Suite 509
Washington, D.C. 20001
Tel: (202) 393-8690
Fax: (480) 444-0028
cmattox@alliancedefendingfreedom.org

Byron J. Babione, VA Bar No. 36031
*Attorney for Amici Curiae Professors*
Alliance Defending Freedom
15100 N 90th Street
Scottsdale, AZ 85260
Tel: (480) 444-0020
Fax: (480) 444-0028
bbabione@alliancedefendingfreedom.org


**CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2014, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following participants:

David B. Oakley
doakley@poolemahoney.com
Jeffrey F. Brooke, Esq.
Poole Mahoney PC
860 Greenbrier Circle, Suite 401
Chesapeake, VA 23320

*Attorneys for Defendant George E. Schaefer, III*

Michael H. Brady
mbrady@oag.state.va.us
Catherine Crooks Hill
cchill@oag.state.va.us
Stuart Raphael
sraphael@oag.state.va.us
Office of the Attorney General
900 E Main St
Richmond, VA 23219

*Attorneys for Defendant Janet M. Rainey*

Thomas B. Shuttleworth
tshuttleworth@srgslaw.com
Robert E. Ruloff
rruloff@srgslaw.com
Charles B. Lustig
clustig@srgslaw.com
Andrew Mitchell Hendrick
ahendrick@srgslaw.com
Erik C. Porcaro
eporcaro@srgslaw.com
Shuttleworth, Ruloff, Swain, Haddad & Morecock, P.C.
4525 South Blvd., Suite 300
Virginia Beach, VA 23452

Joshua Seth Lipshutz
jlipshutz@gibsondunn.com
Gibson, Dunn & Crutcher LLP
555 Mission St., Suite 3000
San Francisco, CA 94105-0921

Chantale Fiebig
cfiebig@gibsondunn.com
Amir C Tayrani
atayrani@gibsondunn.com
Theodore B Olson
tolson@gibsondunn.com
Matthew D McGill
mmcgill@gibsondunn.com
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave, NW
Washington, DC 20036-5306

David Boies
dboies@bsfllp.com
Boies, Schiller & Flexner, LLP
333 Main St.
Armonk, NY 10504

Jeremy Michael Goldman
jgoldman@bsfllp.com
Boies, Schiller & Flexner LLP
1999 Harrison St., Suite 900
Oakland, CA 94612

Robert Brian Silver
rsilver@bsfllp.com
Joshua I. Schiller
jischiller@bsfllp.com
Boies, Schiller & Flexner LLP
575 Lexington Ave., 7th Floor
New York, NY 10022

Theodore J Boutrous, Jr
tboutrous@gibsondunn.com
Gibson, Dunn & Crutcher LLP (CANA)
333 South Grand Ave.
Los Angeles, CA 90071-3197

William Isaacson
wisaacson@bsfllp.com
Boies, Schiller & Flexner
5301 Wisconsin Ave, NW
Washington, DC 20015

*Attorneys for Plaintiffs*

By:   /s/ M. Casey Mattox
    M. Casey Mattox, VA Bar No. 47148
    *Attorney for Amici Curiae Professors*
    Alliance Defending Freedom
    801 G Street N.W., Suite 509
    Washington, D.C. 20001
    Tel: (202) 393-8690
    Fax: (480) 444-0028
    cmattox@alliancedefendingfreedom.org