**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
-NORFOLK DIVISION-**

TIMOTHY B. BOSTIC, et al.

        Plaintiffs,

v.                                                                               Case No.: 2:13cv395

JANET M. RAINEY, et al.

        Defendants.

**CLERK GEORGE E. SCHAEFER, III'S REQUEST
FOR USE OF A LAPTOP COMPUTER AT ORAL ARGUMENT**

        NOW COMES Defendant George E. Schaefer, III, in his official capacity as Clerk of Court for Norfolk Circuit Court ("Clerk Schaefer"), by counsel, pursuant to the local rules, local convention and this Court's January 27, 2014 order (NEF Doc. 117) and hereby requests permission of his counsel to have and utilize a laptop computer and necessary accessories (a charging cord and mouse), during oral arguments scheduled for January 30, 2014. The laptop computer will be used only to access files and information stored on the hard drive, such as case law and pleadings. The laptop computer will not be connected to the internet and will otherwise be used in accordance with the local rules and orders of this Court.

        Respectfully submitted this 28th day of January, 2014.

                                            GEORGE E. SCHAEFER, III, in his official
                                            capacity as Clerk of Court for Norfolk Circuit Court

                                            By: _____/s/_____

David B. Oakley, Esq.
Virginia Bar Number 72226
Jeffrey F. Brooke, Esq.
Virginia Bar Number 28699
POOLE MAHONEY PC
860 Greenbrier Circle, Suite 401
Chesapeake, VA 23320
Phone: 757-962-6625
Fax: 757-962-6180
*Counsel for Defendant George E. Schaefer, III*
*in his official capacity as Clerk of Court for Norfolk Circuit Court*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

- **Byron Jeffords Babione**
  bbabione@alliancedefendingfreedom.org
- **David Boies**
  dboies@bsfllp.com
- **Theodore J Boutrous , Jr**
  tboutrous@gibsondunn.com
- **Michael Hugh Brady**
  mbrady@oag.state.va.us,ktaylor@oag.state.va.us
- **Kenneth John Connelly**
  kconnelly@alliancedefendingfreedom.org
- **Jonathan Caleb Dalton**
  cdalton@alliancedefendingfreedom.org,adiaz@alliancedefendingfreedom.org,jbollig@alliancedefendingfreedom.org
- **Chantale Fiebig**
  cfiebig@gibsondunn.com
- **Earle Duncan Getchell , Jr**
  dgetchell@oag.state.va.us,mbrady@oag.state.va.us,wrussell@oag.state.va.us,KTaylor@oag.state.va.us
- **Jeremy Michael Goldman**
  jgoldman@bsfllp.com
- **Andrew Mitchell Hendrick**
  ahendrick@srgslaw.com
- **Catherine Crooks Hill**
  cchill@oag.state.va.us,shott@oag.state.va.us,pmessitt@oag.state.va.us
- **William Isaacson**
  wisaacson@bsfllp.com
- **Liberty Counsel, Inc**
  court@lc.org

- **Joshua Seth Lipshutz**
  jlipshutz@gibsondunn.com
- **Jordan Woodard Lorence**
  jlorence@telladf.org,bbabione@alliancedefendingfreedom.org,kconnelly@alliancedefendingfreedom.org,ahayes@alliancedefendingfreedom.org,jcampbell@alliancedefendingfreedom.org
- **Charles Barnet Lustig**
  clustig@srgslaw.com,mjones@srgslaw.com,dreidy@srgslaw.com
- **Mark Randolph Matney**
  matneylaw@gmail.com
- **Michael Casey Mattox**
  cmattox@alliancedefendingfreedom.org,ejohnson@alliancedefendingfreedom.org,mruppaner@alliancedefendingfreedom.org,jhallock@alliancedefendingfreedom.org,adiaz@alliancedefendingfreedom.org
- **Mary Elizabeth McAlister**
  court@lc.org
- **Matthew D McGill**
  mmcgill@gibsondunn.com
- **David Brandt Oakley**
  doakley@poolemahoney.com,cjones@poolemahoney.com
- **Theodore B Olson**
  tolson@gibsondunn.com
- **Erik C. Porcaro**
  eporcaro@srgslaw.com,eclark@srgslaw.com
- **Stuart Alan Raphael**
  sraphael@oag.state.va.us,atysinger@oag.state.va.us,ktaylor@oag.state.va.us
- **Joshua I Schiller**
  jischiller@bsfllp.com
- **Thomas Brady Shuttleworth , II**
  tshuttleworth@srgslaw.com,pmerullo@srgslaw.com,pburford@srgslaw.com,cvaughan@srgslaw.com,clustig@srgslaw.com
- **Robert Brian Silver**
  rsilver@bsfllp.com
- **Amir C Tayrani**
  atayrani@gibsondunn.com
- **Norman Allan Thomas**
  nthomas@oag.state.va.us

And I hereby certify that I will mail the document by U.S. Mail to the following non-filing user at his last known address:

Robert E. Ruloff, Esq., VSB # 13471
Shuttleworth, Ruloff, Swain,
Haddad & Morecock, P.C.
4525 South Blvd., Ste. 300
Virginia Beach, VA 23452


By: /s/
David B. Oakley, Esq.
Virginia Bar Number 72226
Jeffrey F. Brooke, Esq.
Virginia Bar Number 28699
POOLE MAHONEY PC
860 Greenbrier Circle, Suite 401
Chesapeake, VA 23320
Phone: 757-962-6625
Fax: 757-962-6180
Email: doakley@poolemahoney.com