# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Tuesday, February 4, 2014

**MINUTES OF PROCEEDINGS IN**   Open Court

**PRESENT**: THE HONORABLE Arenda Allen, District Judge

Deputy Clerk: Lorraine Howard          Reporter: Tamora Tichenor, OCR

| Set: 10:00 a.m. | Started: 10:00 a.m. | Ended: 11:55 a.m. |
|---|---|---|

| |
|---|
| Case No.   2:13cv395 |
| **Timothy B. Bostic, Tony C. London, Carol Schall, and Mary Townley,** *Plaintiffs* |
| v. |
| **JANET M. RAINEY, in her official capacity as State Registrar of Vital Records and GEORGE E. SCHAEFER, III, in his official capacity as the Clerk of Court for Norfolk Circuit Court,** *Defendants* <br> and <br> **Michele McQuigg, in her official capacity as Prince William County Clerk of Circuit Court,** *Intervenor-Defendant* |
| |
| Theodore Olson, David Boies and Thomas Shuttleworth present on behalf of the Plaintiffs. |
| Stuart Raphael present on behalf of the Defendant, Janet M. Rainey. |
| David Oakley present on behalf of the Defendant, George E. Schaefer, III. |
| Austin Nimocks present on behalf of the Intervenor-defendant, Michele McQuigg. |
| Matter came on for hearing re [25] Motion for Summary Judgment, [27] Motion for Preliminary Injunction, [38] Motion for Summary Judgment and [40] Motion for Summary Judgment. |
| Arguments of Counsel heard. |
| Court to take matter under advisement. |
| |
| Court adjourned. |