IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| TIMOTHY B. BOSTIC, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 2:13-cv-00395-ALWA |
| | ) |
| JANET M. RAINEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

THIS ACTION having come before the Court on the parties' respective cross-motions for summary judgment, and the Court having rendered its Opinion and Order of February 13, 2014 (Doc. 135), as amended February 14, 2014 (Doc. 136), it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. Virginia's marriage laws are facially unconstitutional under the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the United States Constitution to the extent they deny the rights of marriage to same-sex couples or recognition of lawful marriages between same-sex couples that are validly entered into in other jurisdictions.

2. The Clerk of the Circuit Court of the City of Norfolk, the Clerk of the Circuit Court of Prince William County, and their officers, agents, and employees, and the officers, agents, and employees of the Commonwealth of Virginia including the State Registrar of Vital Records are hereby ENJOINED from enforcing: Article I, § 15-A, of the Constitution of Virginia; Virginia Code § 20-45.2; Virginia Code § 20-45.3; and any other Virginia law if and to

the extent that it denies to same-sex couples the rights and privileges of marriage that are afforded to opposite-sex couples.

3. The effect of this judgment and the injunction set forth above are hereby STAYED pending final disposition by the United States Court of Appeals for the Fourth Circuit of the forthcoming appeal.

4. By agreement of the parties, Plaintiffs' claim for attorneys' fees and costs under 42 U.S.C. § 1988 is hereby severed and will be considered by the Court after the final disposition of the appeal.

This Judgment is FINAL.

                        Arenda L. Wright Allen
                        United States District Judge

FEB 2 4 2014