**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF VIRGINIA**
**-NORFOLK DIVISION-**

TIMOTHY B. BOSTIC, et al.

                Plaintiffs,

v.                                      Case No.:  2:13cv395

JANET M. RAINEY, et al.

                Defendants.

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendant George E. Schaefer, III, in his official capacity as Clerk of Court for Norfolk Circuit Court, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Final Judgment entered in this action on the 24th day of February 2014 (NEF Doc. 139.)

                                  GEORGE E. SCHAEFER, III, in his official capacity as Clerk of Court for Norfolk Circuit Court

                                  By: _____/s/_____

David B. Oakley, Esq.
Virginia Bar Number 72226
Jeffrey F. Brooke, Esq.
Virginia Bar Number 28699
POOLE MAHONEY PC
860 Greenbrier Circle, Suite 401
Chesapeake, VA 23320
Phone: 757-962-6625
Fax: 757-962-6180
*Counsel for Defendant George E. Schaefer, III*
*in his official capacity as Clerk of Court for Norfolk Circuit Court*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

- **Byron Jeffords Babione**
  bbabione@alliancedefendingfreedom.org
- **David Boies**
  dboies@bsfllp.com
- **Theodore J Boutrous , Jr**
  tboutrous@gibsondunn.com
- **Michael Hugh Brady**
  mbrady@oag.state.va.us,ktaylor@oag.state.va.us
- **Kenneth John Connelly**
  kconnelly@alliancedefendingfreedom.org
- **Jonathan Caleb Dalton**
  cdalton@alliancedefendingfreedom.org,adiaz@alliancedefendingfreedom.org,jbollig@alliancedefendingfreedom.org
- **Chantale Fiebig**
  cfiebig@gibsondunn.com
- **Earle Duncan Getchell , Jr**
  dgetchell@oag.state.va.us,mbrady@oag.state.va.us,wrussell@oag.state.va.us,KTaylor@oag.state.va.us
- **Jeremy Michael Goldman**
  jgoldman@bsfllp.com
- **Andrew Mitchell Hendrick**
  ahendrick@srgslaw.com
- **Catherine Crooks Hill**
  cchill@oag.state.va.us,shott@oag.state.va.us,pmessitt@oag.state.va.us
- **William Isaacson**
  wisaacson@bsfllp.com
- **Liberty Counsel, Inc**
  court@lc.org
- **Joshua Seth Lipshutz**
  jlipshutz@gibsondunn.com
- **Jordan Woodard Lorence**
  jlorence@telladf.org,bbabione@alliancedefendingfreedom.org,kconnelly@alliancedefendingfreedom.org,ahayes@alliancedefendingfreedom.org,jcampbell@alliancedefendingfreedom.org
- **Charles Barnet Lustig**
  clustig@srgslaw.com,mjones@srgslaw.com,dreidy@srgslaw.com
- **Mark Randolph Matney**
  matneylaw@gmail.com

- **Michael Casey Mattox**
  cmattox@alliancedefendingfreedom.org,ejohnson@alliancedefendingfreedom.org,mrupp
  aner@alliancedefendingfreedom.org,jhallock@alliancedefendingfreedom.org,adiaz@alli
  ancedefendingfreedom.org
- **Mary Elizabeth McAlister**
  court@lc.org
- **Matthew D McGill**
  mmcgill@gibsondunn.com
- **David Brandt Oakley**
  doakley@poolemahoney.com,cjones@poolemahoney.com
- **Theodore B Olson**
  tolson@gibsondunn.com
- **Erik C. Porcaro**
  eporcaro@srgslaw.com,eclark@srgslaw.com
- **Stuart Alan Raphael**
  sraphael@oag.state.va.us,atysinger@oag.state.va.us,ktaylor@oag.state.va.us
- **Joshua I Schiller**
  jischiller@bsfllp.com
- **Thomas Brady Shuttleworth , II**
  tshuttleworth@srgslaw.com,pmerullo@srgslaw.com,pburford@srgslaw.com,cvaughan@
  srgslaw.com,clustig@srgslaw.com
- **Robert Brian Silver**
  rsilver@bsfllp.com
- **Amir C Tayrani**
  atayrani@gibsondunn.com
- **Norman Allan Thomas**
  nthomas@oag.state.va.us

And I hereby certify that I will mail the document by U.S. Mail to the following non-filing user at his last known address:

Robert E. Ruloff, Esq., VSB # 13471
Shuttleworth, Ruloff, Swain,
Haddad & Morecock, P.C.
4525 South Blvd., Ste. 300
Virginia Beach, VA 23452

By:            /s/
David B. Oakley, Esq.
Virginia Bar Number 72226
Jeffrey F. Brooke, Esq.
Virginia Bar Number 28699
POOLE MAHONEY PC
860 Greenbrier Circle, Suite 401
Chesapeake, VA 23320
Phone: 757-962-6625

Fax: 757-962-6180
Email: doakley@poolemahoney.com