IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| TIMOTHY B. BOSTIC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:13-cv-00395-ALWA |
| | ) | |
| JANET M. RAINEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Janet M. Rainey, in her official capacity as the State Registrar of Vital Records, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the District Court's Judgment (Doc. 139), entered February 24, 2014, and from the Opinion and Order dated February 13, 2014 (Doc. 135), as amended on February 14, 2014 (Doc. 136).

Respectfully submitted,

/s/
Stuart A. Raphael, VSB #30380
Solicitor General of Virginia
900 East Main Street
Richmond, Virginia 23219
(804) 786-7240 – Telephone
(804) 371-0200 – Facsimile
sraphael@oag.state.va.us
*Counsel for Defendant Rainey*

Mark R. Herring
Attorney General of Virginia

Cynthia E. Hudson
Chief Deputy Attorney General

H. Lane Kneedler, VSB #007722
Senior Counsel

Rhodes B. Ritenour, VSB #71406
Deputy Attorney General
E-mail: rritenour@oag.state.va.us

Trevor S. Cox, VSB #78396
Deputy Solicitor General
E-mail: tcox@oag.state.va.us

Allyson K. Tysinger, VSB #41982
Senior Assistant Attorney General
E-mail: atysinger@oag.state.va.us

Catherine Crooks Hill, VSB #43505
Senior Assistant Attorney General
E-mail: cchill@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to counsel of record.

/s/
Stuart A. Raphael