# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA – NORFOLK DIVISION

| | |
|---|---|
| TIMOTHY B. BOSTIC, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> JANET M. RAINEY, in her official capacity as State Registrar of Vital Records, *et al.*, <br><br>    Defendants, <br><br>    and <br><br> MICHÈLE B. MCQUIGG, in her official capacity as Prince William County Clerk of Circuit Court, <br><br>    Intervenor-Defendant. | Civil Action No. 2:13-cv-395 <br><br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Michèle B. McQuigg, Intervenor-Defendant in the above captioned case, in her official capacity as Prince William County Clerk of Circuit Court, hereby appeals to the United States Court of Appeals for the Fourth Circuit from (1) the Judgment entered on February 24, 2014 (ECF No. 139), and (2) the Opinion and Order entered on February 13, 2014 (ECF No. 135), as amended on February 14, 2014 (ECF No. 136), granting Plaintiffs' Motion for Summary Judgment and Denying Defendant Schaefer's and Intervenor-Defendant McQuigg's Motions for Summary Judgment.

Dated: February 25, 2014

                                            By:  _____/s/_____
                                               J. Caleb Dalton, VA Bar No. 83790
                                               ALLIANCE DEFENDING FREEDOM
                                             15100 N 90th Street
                                             Scottsdale, Arizona 85260
                                             Tel: (480) 444-0020
                                             Fax: (480) 444-0028
                                             cdalton@alliancedefendingfreedom.org

                                             *Counsel for Intervenor-Defendant*

Jordan W. Lorence, VA Bar No. 33655
M. Casey Mattox, VA Bar No. 47148
David Austin R. Nimocks,* D.C. Bar No. 992409
ALLIANCE DEFENDING FREEDOM
801 G Street N.W., Suite 509
Washington, D.C. 20001
Tel: (202) 393-8690
Fax: (480) 444-0028
jlorence@alliancedefendingfreedom.org
cmattox@alliancedefendingfreedom.org
animocks@alliancedefendingfreedom.org

Byron J. Babione,* AZ Bar No. 024320
Kenneth J. Connelly,* AZ Bar No. 025420
J. Caleb Dalton, VA Bar No. 83790
ALLIANCE DEFENDING FREEDOM
15100 N 90th Street
Scottsdale, Arizona 85260
Tel: (480) 444-0020
Fax: (480) 444-0028
bbabione@alliancedefendingfreedom.org
kconnelly@alliancedefendingfreedom.org
cdalton@alliancedefendingfreedom.org
* *Admitted Pro Hac Vice*

*Counsel for Intervenor-Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2014, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following participants:

David B. Oakley
doakley@poolemahoney.com
Jeffrey F. Brooke, Esq.
Poole Mahoney PC
860 Greenbrier Circle, Suite 401
Chesapeake, VA 23320

*Attorneys for Defendant George E. Schaefer, III*

Thomas B. Shuttleworth
tshuttleworth@srgslaw.com
Robert E. Ruloff
rruloff@srgslaw.com
Charles B. Lustig
clustig@srgslaw.com
Andrew Mitchell Hendrick
ahendrick@srgslaw.com
Erik C. Porcaro
eporcaro@srgslaw.com
Shuttleworth, Ruloff, Swain, Haddad & Morecock, P.C.
4525 South Blvd., Suite 300
Virginia Beach, VA 23452

Joshua Seth Lipshutz
jlipshutz@gibsondunn.com
Gibson, Dunn & Crutcher LLP
555 Mission St., Suite 3000
San Francisco, CA 94105-0921

Michael H. Brady
mbrady@oag.state.va.us
Catherine Crooks Hill
cchill@oag.state.va.us
Stuart Raphael
sraphael@oag.state.va.us
Office of the Attorney General
900 E Main St
Richmond, VA 23219

*Attorneys for Defendant Janet M. Rainey*

Chantale Fiebig
cfiebig@gibsondunn.com
Amir C Tayrani
atayrani@gibsondunn.com
Theodore B Olson
tolson@gibsondunn.com
Matthew D McGill
mmcgill@gibsondunn.com
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave, NW
Washington, DC 20036-5306

David Boies
dboies@bsfllp.com
Boies, Schiller & Flexner, LLP
333 Main St.
Armonk, NY 10504

Jeremy Michael Goldman
jgoldman@bsfllp.com
Boies, Schiller & Flexner LLP
1999 Harrison St., Suite 900
Oakland, CA 94612

Robert Brian Silver
rsilver@bsfllp.com
Joshua I. Schiller
jischiller@bsfllp.com
Boies, Schiller & Flexner LLP
575 Lexington Ave., 7th Floor
New York, NY 10022

Theodore J Boutrous, Jr
tboutrous@gibsondunn.com
Gibson, Dunn & Crutcher LLP (CANA)
333 South Grand Ave.
Los Angeles, CA 90071-3197

William Isaacson
wisaacson@bsfllp.com
Boies, Schiller & Flexner
5301 Wisconsin Ave, NW
Washington, DC 20015

*Attorneys for Plaintiffs*


Mark Randolph Matney
Michael C. Tillotson LLC
13195 Warwick Blvd
Suite 2A
Newport News, VA 23602
(757) 969-5197
Fax: (757) 969-5988
Email: matneylaw@gmail.com

Jennifer Jesusa Truitt
The Law Office of Jennifer J. Truitt PLLC
11848 Rock Landing Dr
Suite 202A
Newport News, VA 23606
(757) 806-6592
Email: mailbox@jenniferjtruitt.com

*Attorneys for Amicus Curiae*

      /s/
J. Caleb Dalton, VA Bar No. 83790
ALLIANCE DEFENDING FREEDOM
15100 N 90th Street
Scottsdale, Arizona 85260
Tel: (480) 444-0020
Fax: (480) 444-0028
cdalton@alliancedefendingfreedom.org


*Counsel for Intervenor-Defendant*