# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA—NORFOLK DIVISION

TIMOTHY B. BOSTIC,

TONY C. LONDON,

CAROL SCHALL, and

MARY TOWNLEY,

      Plaintiffs,

v.                                                       CASE NO. 2:13-cv-395

JANET M. RAINEY, in her official
capacity as State Registrar of Vital Records, and

GEORGE E. SCHAEFER, III, in his official
capacity as the Clerk of Court
for Norfolk Circuit Court,

      Defendants.

MICHÈLE B. MCQUIGG, in her official
capacity as the Prince William County Clerk of
Circuit Court,

      Intervenor-Defendant.

## JOINT MOTION TO SUSPEND TIME FOR APPLICATIONS FOR ATTORNEY'S FEES AND COSTS

On November 24, 2014, on a joint motion by the parties, this Court extended the deadline for all applications for attorney's fees and costs to December 12, 2014, in order to allow the parties to engage in good-faith negotiations to resolve the outstanding claims. Dkt. 162. The parties have successfully reached an agreement in principle to resolve all claims for attorney's

fees and costs. In light of the agreement, the parties respectfully request that the Court suspend the deadline for applications for attorney's fees and costs for 45 days. The agreement requires the Defendants to obtain certain governmental approvals and the parties are in the process of preparing the language of the settlement agreement. The parties jointly agree to provide the Court with a status report in 45 days if no prior notice of settlement or resolution has been provided by that date.

Dated: December 11, 2014                    Respectfully submitted,

/s/ Charles B. Lustig
Thomas B. Shuttleworth, VSB # 13330
tshuttleworth@srgslaw.com
Robert E. Ruloff, VSB # 13471
rruloff@srgslaw.com
Charles B. Lustig, VSB # 29442
clustig@srgslaw.com
Andrew M. Hendrick, VSB # 42852
ahendrick@srgslaw.com
Erik C. Porcaro, VSB # 84793
eporcaro@srgslaw.com
SHUTTLEWORTH, RULOFF, SWAIN,
HADDAD & MORECOCK, P.C.
4525 South Blvd., Suite 300
Virginia Beach, VA 23452
Telephone: (757) 671-6000
Facsimile: (757) 671-6004

David Boies, *admitted pro hac vice*  
dboies@bsfllp.com  
BOIES, SCHILLER & FLEXNER LLP  
333 Main St.  
Armonk, NY 10504  
Telephone: (914) 749-8200  
Facsimile: (914) 749-8300  

Robert B. Silver, *admitted pro hac vice*  
rsilver@bsfllp.com  
Joshua I. Schiller, *admitted pro hac vice*  
jischiller@bsfllp.com  
BOIES, SCHILLER & FLEXNER LLP  
575 Lexington Avenue  
New York, NY 10022  
Telephone: (212) 446-2300  
Facsimile: (914) 446-2350  

William A. Isaacson, *admitted pro hac vice*  
wisaacson@bsfllp.com  
BOIES, SCHILLER & FLEXNER LLP  
5301 Wisconsin Avenue, N.W.  
Washington, D.C. 20015  
Telephone: (202)237-2727  
Facsimile: (202)237-6131  

Jeremy M. Goldman, *admitted pro hac vice*  
jgoldman@bsfllp.com  
BOIES, SCHILLER & FLEXNER LLP  
1999 Harrison Street, Suite 900  
Oakland, CA 94612  
Telephone: (510) 874-1000  
Facsimile: (510)874-1460  

Theodore B. Olson, *admitted pro hac vice*  
tolson@gibsondunn.com  
Matthew D. McGill, *admitted pro hac vice*  
mmcgill@gibsondunn.com  
Amir C. Tayrani, *admitted pro hac vice*  
atayrani@gibsondunn.com  
Chantale Fiebig, *admitted pro hac vice*  
cfiebig@gibsondunn.com  
GIBSON, DUNN & CRUTCHER LLP  
1050 Connecticut Avenue, N.W.  
Washington, D.C. 20036  
Telephone: (202) 955-8668  
Facsimile: (202) 467-0539  

Theodore J. Boutrous, Jr., *admitted pro hac vice*  
tboutrous@gibsondunn.com  
Joshua S. Lipshutz, *admitted pro hac vice*  
jlipshutz@gibsondunn.com  
GIBSON, DUNN & CRUTCHER LLP  
333 South Grand Avenue  
Los Angeles, CA 90071  
Telephone: (213) 229-7000  
Facsimile: (213) 229-7520  

*Counsel for Plaintiffs*

(*counsel listing continued on next page*)

Rebecca K. Glenberg
AMERICAN CIVIL LIBERTIES UNION
OF VIRGINIA FOUNDATION, INC.
701 E. Franklin Street, Suite 1412
Richmond, VA 23219
Telephone: (804) 644-8080
Facsimile: (804) 649-2733
rglenberg@acluva.org

Gregory R. Nevins
Tara L. Borelli
LAMBDA LEGAL DEFENSE AND EDUCATION
FUND, INC.
730 Peachtree Street, NE, Suite 1070
Atlanta, GA 30308
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
gnevins@lambdalegal.org
tborelli@lambdalegal.org

James D. Esseks
Joshua A. Block
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2650
jesseks@aclu.org
jblock@aclu.org

Paul M. Smith
Luke C. Platzer
Mark P. Gaber
JENNER & BLOCK LLP
1099 New York Avenue, NW Suite 900
Washington, D.C. 20001-4412
Telephone: (202) 639-6000
Facsimile: (202) 639-6066
psmith@jenner.com
lplatzer@jenner.com
mgaber@jenner.com

*Counsel for Harris Intervenors*

Stuart A. Raphael
Solicitor General of Virginia
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 786-7240
Facsimile: (804) 371-0200
sraphael@oag.state.va.us

Trevor S. Cox
Deputy Solicitor General
tcox@oag.state.va.us

Rhodes B. Ritenour
Deputy Attorney General
rritenour@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Cynthia E. Hudson
Chief Deputy Attorney General

Allyson K. Tysinger
Senior Assistant Attorney General
Chief, Health, Education & Social Services
atysinger@oag.state.va.us

Catherine Crooks Hill
Senior Assistant Attorney General
Unit Manager, Trial/General Civil Unit
cchill@oag.state.va.us

*Counsel for Janet M. Rainey,
in her official capacity as State Registrar of Vital Records*

(*counsel listing continued on next page*)

| | |
|---|---|
| Jeffrey Franklin Brooke<br>POOLE MAHONEY, PC<br>4705 Columbus Street<br>Suite 100<br>Virginia Beach, VA 23462<br>Telephone: (757) 552-6053<br>jbrooke@poolemahoney.com | David Brandt Oakley<br>POOLE MAHONEY, PC<br>860 Greenbrier Circle<br>Suite 401<br>Chesapeake, VA 23320<br>Telephone: (757)-552-6035<br>doakley@poolemahoney.com |

*Counsel for George E. Schaefer, III,*
*in his official capacity as Clerk of the Court for Norfolk Circuit Court*

| | |
|---|---|
| David Austin R. Nimocks<br>Alliance Defending Freedom<br>801 G Street N.W., Suite 509<br>Washington, D.C. 20001<br>Telephone: (202) 393-8690<br>Facsimile: (480) 444-0028<br>animocks@alliancedefendingfreedom.org | Byron J. Babione<br>Kenneth J. Connelly<br>J. Caleb Dalton<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>Telephone: (480) 444-0020<br>Facsimile: (480) 444-0028<br>bbabione@alliancedefendingfreedom.org<br>kconnelly@alliancedefendingfreedom.org<br>cdalton@alliancedefendingfreedom.org |

*Counsel for Michèle B. McQuigg,*
*in her official capacity as Prince William County Clerk of Circuit Court*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 11th day of December, 2014, I filed a true and correct copy of the foregoing Joint Stipulation to Suspend Time for Applications For Attorney's Fees and Costs with the Clerk of the Court for the United States District Court for the Eastern District of Virginia via the Court's CM/ECF system. Service was accomplished on all parties through the Court's CM/ECF system.

      /s/ Charles Lustig
      Charles Lustig