UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA—NORFOLK DIVISION

TIMOTHY B. BOSTIC,

TONY C. LONDON,

CAROL SCHALL, and

MARY TOWNLEY,

        Plaintiffs,

v.                                                            CASE NO. 2:13-cv-395

JANET M. RAINEY, in her official
capacity as State Registrar of Vital Records, and

GEORGE E. SCHAEFER, III, in his official
capacity as the Clerk of Court
for Norfolk Circuit Court,

        Defendants.

MICHÈLE B. MCQUIGG, in her official
capacity as the Prince William County Clerk of
Circuit Court,

        Intervenor-Defendant.

**JOINT NOTICE OF SETTLEMENT REGARDING ATTORNEY'S FEES AND COSTS**

On December 11, 2014, the parties advised the Court that Plaintiffs Timothy B. Bostic, Tony C. London, Carol Schall, and Mary Townley ("*Bostic* Plaintiffs") had reached an agreement in principle with Defendant Janet M. Rainey, in her official capacity as State Registrar of Vital Records, to resolve the *Bostic* Plaintiffs' claims for attorney's fees and costs. Dkt. 164. The parties have since finalized the terms and language of the Settlement Agreement and have

received all of the necessary governmental approvals. Accordingly, pursuant to the Settlement Agreement between the *Bostic* Plaintiffs and Defendant Rainey (attached as Exhibit 1), the parties hereby jointly stipulate that all potential claims by the *Bostic* Plaintiffs for attorney's fees and costs in this matter have been resolved.

Dated: January 28, 2015                              Respectfully submitted,

/s/ Charles B. Lustig
Thomas B. Shuttleworth, VSB # 13330
tshuttleworth@srgslaw.com
Robert E. Ruloff, VSB # 13471
rruloff@srgslaw.com
Charles B. Lustig, VSB # 29442
clustig@srgslaw.com
Andrew M. Hendrick, VSB # 42852
ahendrick@srgslaw.com
Erik C. Porcaro, VSB # 84793
eporcaro@srgslaw.com
SHUTTLEWORTH, RULOFF, SWAIN,
HADDAD & MORECOCK, P.C.
4525 South Blvd., Suite 300
Virginia Beach, VA 23452
Telephone: (757) 671-6000
Facsimile: (757) 671-6004

<div style="column-count:2">

David Boies, *admitted pro hac vice*
dboies@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
333 Main St.
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Robert B. Silver, *admitted pro hac vice*
rsilver@bsfllp.com
Joshua I. Schiller, *admitted pro hac vice*
jischiller@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (914) 446-2350

William A. Isaacson, *admitted pro hac vice*
wisaacson@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
Telephone: (202)237-2727
Facsimile: (202)237-6131

Jeremy M. Goldman, *admitted pro hac vice*
jgoldman@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510)874-1460

Theodore B. Olson, *admitted pro hac vice*
tolson@gibsondunn.com
Matthew D. McGill, *admitted pro hac vice*
mmcgill@gibsondunn.com
Amir C. Tayrani, *admitted pro hac vice*
atayrani@gibsondunn.com
Chantale Fiebig, *admitted pro hac vice*
cfiebig@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8668
Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., *admitted pro hac vice*
tboutrous@gibsondunn.com
Joshua S. Lipshutz, *admitted pro hac vice*
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

</div>

*Counsel for Plaintiffs*

(*counsel listing continued on next page*)

Rebecca K. Glenberg
AMERICAN CIVIL LIBERTIES UNION
OF VIRGINIA FOUNDATION, INC.
701 E. Franklin Street, Suite 1412
Richmond, VA 23219
Telephone: (804) 644-8080
Facsimile: (804) 649-2733
rglenberg@acluva.org

Gregory R. Nevins
Tara L. Borelli
LAMBDA LEGAL DEFENSE AND EDUCATION
FUND, INC.
730 Peachtree Street, NE, Suite 1070
Atlanta, GA 30308
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
gnevins@lambdalegal.org
tborelli@lambdalegal.org

James D. Esseks
Joshua A. Block
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2650
jesseks@aclu.org
jblock@aclu.org

Paul M. Smith
Luke C. Platzer
Mark P. Gaber
JENNER & BLOCK LLP
1099 New York Avenue, NW Suite 900
Washington, D.C. 20001-4412
Telephone: (202) 639-6000
Facsimile: (202) 639-6066
psmith@jenner.com
lplatzer@jenner.com
mgaber@jenner.com

*Counsel for Harris Intervenors*

Stuart A. Raphael
Solicitor General of Virginia
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 786-7240
Facsimile: (804) 371-0200
sraphael@oag.state.va.us

Trevor S. Cox
Deputy Solicitor General
tcox@oag.state.va.us

Rhodes B. Ritenour
Deputy Attorney General
rritenour@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Cynthia E. Hudson
Chief Deputy Attorney General

Allyson K. Tysinger
Senior Assistant Attorney General
Chief, Health, Education & Social Services
atysinger@oag.state.va.us

*Counsel for Janet M. Rainey,
in her official capacity as State Registrar of Vital Records*

(*counsel listing continued on next page*)

| | |
|---|---|
| Jeffrey Franklin Brooke<br>POOLE MAHONEY, PC<br>4705 Columbus Street<br>Suite 100<br>Virginia Beach, VA 23462<br>Telephone: (757) 552-6053<br>jbrooke@poolemahoney.com | David Brandt Oakley<br>POOLE MAHONEY, PC<br>860 Greenbrier Circle<br>Suite 401<br>Chesapeake, VA 23320<br>Telephone: (757)-552-6035<br>doakley@poolemahoney.com |

*Counsel for George E. Schaefer, III,*
*in his official capacity as Clerk of the Court for Norfolk Circuit Court*

| | |
|---|---|
| David Austin R. Nimocks<br>Alliance Defending Freedom<br>801 G Street N.W., Suite 509<br>Washington, D.C. 20001<br>Telephone: (202) 393-8690<br>Facsimile: (480) 444-0028<br>animocks@alliancedefendingfreedom.org | Byron J. Babione<br>Kenneth J. Connelly<br>J. Caleb Dalton<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>Telephone: (480) 444-0020<br>Facsimile: (480) 444-0028<br>bbabione@alliancedefendingfreedom.org<br>kconnelly@alliancedefendingfreedom.org<br>cdalton@alliancedefendingfreedom.org |

*Counsel for Michèle B. McQuigg,*
*in her official capacity as Prince William County Clerk of Circuit Court*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January, 2015, I filed a true and correct copy of the foregoing Joint Notice of Settlement Regarding Attorney's Fees and Costs with the Clerk of the Court for the United States District Court for the Eastern District of Virginia via the Court's CM/ECF system.  Service was accomplished on all parties through the Court's CM/ECF system.

/s/ Charles Lustig
Charles Lustig